# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Mirador Enterprises, Inc. | ) | ASBCA Nos. 60870, 60898 |
| | ) | |
| Under Contract No. W9128F-14-C-0020 | ) | |

APPEARANCE FOR THE APPELLANT:  Terance P. Perry, Esq.
 Datsopoulos, MacDonald & Lind, P.C.
 Missoula, MT

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
 Melissa M. Head, Esq.
 Trial Attorney
 U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

Pursuant to appellant's June 21, 2018 motion to dismiss the above-captioned appeals with prejudice, which indicates that the motion was filed pursuant to a settlement agreement between the parties and that counsel for the government concurs in the request, the above-captioned appeals are hereby DISMISSED WITH PREJUDICE.

Dated: June 26, 2018

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60870, 60898, Appeals of Mirador Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals